UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL TRADE COMMISSION,

                Plaintiff,

      -against-                          **ORDER**
                                             23 CV 6633 (MKB) (CLP)
K W TECHNOLOGY INC., *et al*.,

                Defendants.
------------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

On August 30, 2024, Timothy Wetzel, *pro se* defendant in the above-referenced case,

filed a Motion to Continue the proceedings due to his serious medical conditions that currently

make it difficult for him to participate in this case.  (ECF No. 30).  Mr. Wetzel requested a stay

of the proceedings for 90 days, at which point he indicated he would notify the Court whether he

is able to proceed with the case.  (Id.)  On September 9, 2024, plaintiff filed an objection to this

request, contending that the motion is a delay tactic to enable Mr. Wetzel to avoid settlement or

litigation.  (ECF No. 31).

On September 17, 2024, the Court Ordered Mr. Wetzel to supplement his letter

requesting a stay of the proceedings with a letter from his doctor confirming his health status by

October 1, 2024.  (ECF No. 32).  Mr. Wetzel did not file a doctor's note with the Court by the

deadline, and subsequently has failed to file a note or otherwise contact the Court.

The Court hereby extends the deadline for Mr. Wetzel to file a doctor's note with the

Court to **October 21, 2024**.  Mr. Wetzel is advised that if he fails to provide a note by the new

deadline, his request for a stay will be denied and the case will proceed.

A copy of this Order will be mailed to the *pro se* defendant by the Court.

**SO ORDERED.**

Dated:  Brooklyn, New York
        October 9, 2024

                                                    /s/ Cheryl L. Pollak
                                                    Cheryl L. Pollak
                                                    United States Magistrate Judge
                                                    Eastern District of New York

# Federal Pro Se Legal Assistance Project

The Federal Pro Se Legal Assistance Project is a free service offered by the City Bar Justice Center of the New York City Bar Association.

## Who We Help:
- Self-represented (pro se) plaintiffs and defendants with civil cases in the U.S. District Court for the Eastern District of New York.
- Individuals thinking about filing a federal case pro se in the E.D.N.Y.
- *We cannot assist incarcerated litigants until they return to the community.*
- *We cannot assist with criminal matters.*

## Services We Provide:
- <u>Limited-scope legal counseling</u> by an attorney. "Limited-scope" assistance means that the Project attorney cannot take your case for representation. After you meet with us, you will still act as your own lawyer on your case.
- Explaining federal court procedures and rules involved in your case.
- Advising you about potential federal claims before you file a lawsuit.
- Advice on drafts of court papers.
- Providing referrals to legal, governmental, and social services.

## How to Get Free Legal Help:
- Walk-in consultation hours:
    - Mondays from 1:00 p.m. – 3:00 p.m.
    - Wednesdays from 1:00 p.m. – 3:00 p.m.

- Scheduled consultation hours (*please call for an appointment*).

- Please leave a voicemail at 212.382.4729; or
- Complete our intake form at https://www.citybarjusticecenter.org/fedpro/intake on your phone or computer.



Federal Pro Se Legal Assistance Project
c/o U.S. District Court, E.D.N.Y.
225 Cadman Plaza East, Room 108N
Brooklyn, NY 11201
(212) 382-4729
www.citybarjusticecenter.org

*Nov. 10, 2022*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**Pro Se Registration and Consent for Electronic Service of Orders and Notices
Issued by the Court in Civil Cases**

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF).  By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

  Initial here_____

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.**  After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

  Initial here_____

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

  Initial here_____

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

  Initial here_____

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

  Initial here_____

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

  Initial here_____

Date: _____    Signature: _____

Case No: _____    Print Full Name:_____

Telephone No.:_____    Email Address: _____

Home Address: _____

Return form to:          U.S.D.C., E.D.N.Y. - Pro Se Dept.
                         225 Cadman Plaza East    or      100 Federal Plaza
                         Brooklyn, NY 11201               Central Islip, NY 11722          8/2013